IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATIONAL FIRE INSURANCE COMPANY,

      Plaintiff,                                                      06cv0390

v.                                                             **Electronically Filed**

SIPPEL DEVELOPMENT CO., INC.,

      Defendant.

### Order of Court

And now, this 15th day of June, 2006, for the reasons set forth in the foregoing Memorandum Opinion, it is hereby ORDERED that:

(1)    Defendant's Motion for Summary Judgment (doc. no. 13) is GRANTED;

(2)    Plaintiff's Motion for Summary Judgment (doc. no. 14) is DENIED;

(3)    The arbitrator's award of March 9, 2006, in favor of defendant and against plaintiff is confirmed in its entirety;

(4)    Judgment is hereby entered in favor of defendant and against plaintiff; and

(5)    The Clerk shall mark the docket closed.

                                                                  s/Arthur J. Schwab
                                                                  Arthur J. Schwab
                                                                  United States District Judge

cc:    All counsel of record